Heinrich v Serens (2025 NY Slip Op 04320)

Heinrich v Serens

2025 NY Slip Op 04320

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, DELCONTE, AND KEANE, JJ.

385 CA 24-00348

[*1]KENNETH HEINRICH, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID ALAN HEINRICH, DECEASED, PLAINTIFF-APPELLANT,
v
KELLEY A. SERENS, N.P., ET AL., DEFENDANTS, AND LYNN MARIE CLEARY, M.D., DEFENDANT-RESPONDENT. (APPEAL NO. 3.) 

SIDNEY P. COMINSKY, LLC, JAMESVILLE (SIDNEY P. COMINSKY OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
GALE GALE & HUNT, LLC, FAYETTEVILLE (KEVIN T. HUNT OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from a judgment of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered February 22, 2024. The judgment dismissed the amended complaint against defendant Lynn Marie Cleary, M.D. 
It is hereby ORDERED that the judgment so appealed from is unanimously reversed on the law without costs, the amended complaint is reinstated against defendant Lynn Marie Cleary, M.D., and a new trial is granted.
Same memorandum as in Heinrich v Serens ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court